A CERTIFIED TRUE COPY

OCT 1 1 2005

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
ASHEVILLE, N. C.

NOV 4 2005

U.S. DISTRICT COURT
W. DIST. OF N. C.

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 22 2005

FILED
CLERK'S OFFICE

DOCKET NO. 1507

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

1:05cv246

IN RE PREMPRO PRODUCTS LIABILITY LITIGATION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

OCT 18 2005

JAMES W. McCORMACK, CLERK
By: _____ DEP CLK

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-54)**

On March 4, 2003, the Panel transferred five civil actions to the United States District Court for the Eastern District of Arkansas for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 2,165 additional actions have been transferred to the Eastern District of Arkansas. With the consent of that court, all such actions have been assigned to the Honorable William R. Wilson, Jr.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Arkansas and assigned to Judge Wilson.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Arkansas for the reasons stated in the order of March 4, 2003, 254 F.Supp.2d 1366 (J.P.M.L. 2003), and, with the consent of that court, assigned to the Honorable William R. Wilson, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Arkansas. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

OCT 1 1 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

A TRUE COPY I CERTIFY
JAMES W. McCORMACK, CLERK
By: _____ D.C.

| **DIST. DIV. C.A. #** | **CASE CAPTION** |
| --- | --- |
| MISSISSIPPI NORTHERN | |
| MSN 4 05-189 | Josephine Gross, et al. v. Wyeth, Inc., et al. |
| MONTANA | |
| MT 9 05-134 | Shirley Howke v. Wyeth, Inc., et al. |
| NORTH CAROLINA MIDDLE | |
| NCM 1 04-1091 | Sharon E. Travis, et al. v. Wyeth, Inc., et al. |
| NORTH CAROLINA WESTERN | |
| NCW 1 05-246 | Melanie F. Sprinkle, et al. v. Wyeth, Inc., et al. |
| NEW MEXICO | |
| NM 2 05-624 | Margaret Geddes v. Wyeth, et al. |
| NEW YORK EASTERN | |
| NYE 1 05-2838 | Mary Scher v. Wyeth, et al. |
| OKLAHOMA EASTERN | |
| OKE 6 05-192 | Florann McKoy, et al. v. Wyeth, Inc., et al. |
| OKLAHOMA NORTHERN | |
| OKN 4 04-958 | Beverly Joe Lawson, et al. v. Wyeth |
| TEXAS EASTERN | |
| TXE 6 05-250 | Patricia Snell v. Pharmacia & Upjohn Co., LLC, et al. |
| TEXAS SOUTHERN | |
| TXS 4 05-2689 | Nancy Elzey v. Wyeth, Inc. |
| VIRGINIA EASTERN | |
| VAE 1 04-1469 | Violet Deel v. Wyeth, Inc. |
| WASHINGTON WESTERN | |
| WAW 2 05-1077 | Christy Ball v. Wyeth, et al. |
| WAW 2 05-1135 | Cathy Peirolo v. Wyeth, et al. |
| WAW 2 05-1186 | Marjorie Graeber, et al. v. Wyeth, et al. |
| WAW 2 05-1331 | Ji Pei v. Wyeth, et al. |
| WISCONSIN EASTERN | |
| WIE 1 05-863 | Barbara Mayville, et al. v. Wyeth, Inc., et al. |
| WEST VIRGINIA NORTHERN | |
| WVN 5 05-44 | Patricia Jordan v. Wyeth Holding Corp., et al. |
| WEST VIRGINIA SOUTHERN | |
| WVS 2 04-888 | Wilma Shockley v. Wyeth, Inc., et al. |